828

No. 91–2013. SANTMYER *v.* SANTMYER. C. A. 11th Cir. Certiorari denied.

No. 91–2014. O'NEILL GROUP ET AL. *v.* CONTINENTAL AIRLINES CORP. C. A. 5th Cir. Certiorari denied.

No. 91–2015. LOEPER ET AL. *v.* MITCHELL, SECRETARY OF COMMONWEALTH OF PENNSYLVANIA, ET AL. Sup. Ct. Pa. Certiorari denied.

No. 91–2016. HADDOCK *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–2017. HARRIS *v.* MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 91–2018. BANKS *v.* DEPARTMENT OF AGRICULTURE. C. A. Fed. Cir. Certiorari denied.

No. 91–2020. SAYLORS *v.* TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 91–2021. VAN SKIVER ET UX. *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–2022. ILLINOIS EMPLOYERS INSURANCE OF WAUSAU *v.* PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY. C. A. 9th Cir. Certiorari denied.

No. 91–2023. ALLEN *v.* SHRUM ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–2025. MONK *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 91–2026. FRUEHAUF CORP. *v.* HUDDY. C. A. 5th Cir. Certiorari denied.

No. 91–2027. TOLLESON *v.* ARIZONA ET AL. Ct. App. Ariz. Certiorari denied.

No. 91–2028. JONES, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF JONES, DECEASED *v.* PETTY-RAY GEOPHYSICAL GEOSOURCE ET AL. C. A. 5th Cir. Certiorari denied.